UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

| | |
|---|---|
| IN RE: | Case No. 15-52985 |
| JOHN K. HUMMEL<br>ELLEN R. HUMMEL | Chapter 13 |
| | Judge Alan M. Koschik |
| Debtor(s) | **NOTICE OF WITHDRAWAL AS COUNSEL FOR WELLS FARGO BANK, NA <u>AND</u> WELLS FARGO FINANCIAL OHIO 1, INC. BY EDWARD J. BOLL, III** |

Now comes Edward J. Boll, III of Lerner, Sampson and Rothfuss and advises this Court that Lerner, Sampson & Rothfuss is ceasing business operations as a result of the COVID-19 Pandemic, notice of which has been provided to client. Accordingly, this Notice is being filed to remove Edward J. Boll, III as counsel in this case.

<u>/s/ Edward J. Boll, III</u>
Edward J. Boll, III, Case Attorney
Ohio Supreme Court Reg. No. 0072982
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100
(513) 241-4094 Fax
(877) 661-7891 Toll Free Fax
nohbk@lsrlaw.com

1

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing Notice of Withdrawal as Counsel was electronically transmitted on June 30, 2021 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list.

Bruce Hall
229 West Liberty Street
Medina, OH 44256-2217
bhall160229@gmail.com

Keith Rucinski
Chapter 13 Trustee
One Cascade Plaza Suite 2020
Akron, OH 44308
efilings@ch13akron.com

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov

                                              <u>/s/ Edward J. Boll, III</u>
                                              Edward J. Boll, III, Case Attorney
                                              Ohio Supreme Court Reg. No. 0072982
                                              P.O. Box 5480
                                              Cincinnati, OH 45201-5480
                                              (513) 241-3100
                                              (513) 241-4094 Fax
                                              (877) 661-7891 Toll Free Fax
                                              nohbk@lsrlaw.com