THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: 15-52985
JOHN K. HUMMEL )
ELLEN R. HUMMEL ) ALAN M. KOSCHIK
) BANKRUPTCY JUDGE
DEBTOR(S) )
) TRANSMITTAL OF UNCLAIMED FUNDS

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **JOHN K. HUMMEL**
   **Check 2044607**
   **Claim # 0**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$3,920.51** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date:  **10/6/2021**

Respectfully submitted,

/s/ **Keith L. Rucinski**
_____
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
One Cascade Plaza, Suite 2020
Akron, OH  44308
Phone 330.762.6335
Fax 330.762.7072

CHAPTER 13
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH  44308
(330)762-6335
Fax
(330)762-7072

## CERTIFICATE OF SERVICE

I hereby certify that on 10/06/2021, the following were served a copy of this pleading:

<u>Via Regular Mail</u>

| | |
|---|---|
| JOHN K. HUMMEL<br>1274 CHERRY LANE<br>BRUNSWICK, OH  44212 | ELLEN R. HUMMEL<br>1274 CHERRY LANE<br>BRUNSWICK, OH  44212 |

<u>Via ECF</u>

BRUCE HALL, ATTORNEY (bhall160229@gmail.com)
Office of the US Trustee (ustpregion09.cl.ecf@usdoj.gov)
Keith L. Rucinski. Chapter 13 Trustee (krucinski@ch13akron.com)

Date of Service: 10/06/2021             By: <u>N. Everly</u>
                                             Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH  44308
(330)762-6335
Fax
(330)762-7072